UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NEBRASKALAND, INC.,
                    Plaintiff,

        - against -                           09 Civ. 9155 (DAB)
                                              ORDER
ERIC BRODY, HENRY MONTANA and BROOKS
PROVISIONS, LLC,

                    Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

   On December 9, 2009, Plaintiff Nebraskaland raised various alleged discovery disputes and issues it had with Defendants. Defendants responded on January 4, 2010. On December 9, 2009, the Defendants raised various alleged discovery disputes and issues they had with Plaintiff. Plaintiff responded on January 4, 2010. The hearing in this matter is scheduled for January 6, 2010 at 11:00 AM. There is no time before that hearing to hold a conference to resolve these discovery issues raised by the parties' letters, nor are these disputes necessary to be resolved prior to the hearing, if ever.

   Separate and apart from these issues raised a month ago by the initiating party and responded to only today, the parties have nevertheless submitted supplemental memoranda and declarations based on the discovery to date. These supplemental submissions, as well as the moving papers and response, shall suffice. Accordingly, the parties motions alleging discovery

disputes of December 9, 2009, responded to on January 4, 2010, are DENIED in all respects.

SO ORDERED.

Dated: New York, New York
January 4, 2010

Deborah A. Batts
United States District Judge